### FARRINGTON *vs.* SUYDAM.

A plaintiff after notice of trial will on application be allowed to amend his declaration by changing the venue, on paying costs of motion and of former plea if new defence be interposed.

June 21.

THE plaintiff, after having noticed his cause for trial, was permitted to amend the declaration by *changing the venue*, on paying the costs of resisting the motion, and of the former plea, if a new defence was interposed.